UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE WILLIAMS and LEE SIMS, on behalf of themselves and all others similarly situated,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC,**<br><br>  Defendants. | Case No.: 2:18-cv-00535-RDP<br><br>CLASS ACTION |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the below Defendants by certified mail pursuant to Federal Rules of Civil Procedure 4(e)(1) and Alabama Rules of Civil Procedure 4(i)(2).

Facebook, Inc.
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

Cambridge Analytica, LLC
597 5th Avenue, 7th Floor
New York, NY 10017

    Respectfully submitted,

    s/Brad Ponder
    Luke Montgomery (ASB-3810-A55M)
    J. Bradley Ponder (ASB-0965-P56P)
    **MONTGOMERY PONDER, LLC**
    2226 1st Avenue South, Unit 105
    Birmingham, AL 35233
    Phone: 205.201.0303
    Fax: 205.208.9443
    luke@montgomeryponder.com
    brad@montgomeryponder.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be served upon all parties listed below by service with the summons and complaint on this 24th day of April, 2018.

Facebook, Inc.
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

Cambridge Analytica, LLC
597 5th Avenue, 7th Floor
New York, NY 10017

                                                                                     s/Brad Ponder
                                                                                     Of Counsel