FILED
2018 May-04  PM 01:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Jackie Williams and Lee Sims, on behalf of themselves and all others similarly situated, | ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Facebook, Inc. and Cambridge Analytica, LLC | ) ) ) ) | CIVIL ACTION CASE NUMBER: 2:18-cv-00535-RDP |
| Defendant. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Cambridge Analytica, LLC

597 5th Avenue, 7th Floor

New York, NY 10017

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad Ponder

Montgomery Ponder, LLC

2226 1st Ave. S, Unit 105

Birmingham, AL 35233

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 5/4/18

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Andrea Southern*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Jackie Williams & Lee Sims, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Facebook, Inc. and<br>Cambridge Analytica, LLC<br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>2:18-cv-00535-RDP |

Summons in a Civil Action

To: (*Defendant's name and address*)

Facebook, Inc.

c/o Corporation Service Company, Inc.

641 South Lawrence Street

NOTE: A separate summons must be prepared for each defendant. Montgomery, Alabama 36104

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brad Ponder

Montgomery Ponder, LLC

2226 1st Ave. S, Unit 105

Birmingham, AL 35233

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 5/4/18

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Andrea Saethens*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203