FILED
2018 May-15  AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE WILLIAMS, on behalf of herself and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC,**<br><br>**Defendants.** | **Civil Action 2:18-cv-00535-RDP** |

## NOTICE OF APPEARANCE

Leslie L. Pescia of the law firm Beasley, Allen, Crow, Methvin, Portis and Miles, P.C., Post Office Box 4160, Montgomery, Alabama 36103, gives notice of her appearance as additional counsel on behalf of the plaintiff, Jackie Williams, on behalf of herself and all others similarly situated, and requests that all further notices and documents filed in this case be served on the undersigned as attorney for the plaintiff.

                                            *s/ Leslie L. Pescia*
                                            Leslie L. Pescia

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: 334-269-2343
Facsimile: 334-954-7555
Leslie.Pescia@BeasleyAllen.com

*Additional Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that copies of the foregoing document have been served upon counsel of record by the CM/ECT filing system, on this the 15th day of May, 2018.

*s/ Leslie L. Pescia*
Of Counsel