# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WILLIAMS, et al._____Plaintiffs,_v._FACEBOOK, INC., et al._____Defendants. | )))))))))))) CIVIL ACTION NO. 2:18-CV-00535-RDP |

## NOTICE OF APPEARANCE

COMES NOW Mitesh B. Shah of Maynard, Cooper & Gale, P.C. and hereby files his appearance as additional counsel for Facebook, Inc.

Facebook expressly reserves, and does not waive, all defenses enumerated in Rule 8 and Rule 12 of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Mitesh B. Shah
Carl S. Burkhalter
Mitesh B. Shah
Evan P. Moltz
Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email: cburkhalter@maynardcooper.com
       mshah@maynardcooper.com
       emoltz@maynardcooper.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed on this the 21st day of May 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mitesh B. Shah  
OF COUNSEL
