FILED
2018 May-21  PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE WILLIAMS, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**FACEBOOK, INC., et al.** )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO.**<br>**2:18-CV-00535-RDP** |

## NOTICE OF APPEARANCE

COMES NOW Carl S. Burkhalter of Maynard, Cooper & Gale, P.C. and hereby files his appearance as additional counsel for Facebook, Inc.

Facebook expressly reserves, and does not waive, all defenses enumerated in Rule 8 and Rule 12 of the Federal Rules of Civil Procedure.

 

Respectfully submitted,

/s/ Carl S. Burkhalter
Carl S. Burkhalter
Mitesh B. Shah
Evan P. Moltz
Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email:  cburkhalter@maynardcooper.com
       mshah@maynardcooper.com
       emoltz@maynardcooper.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed on this the 21st day of May 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      /s/ Carl S. Burkhalter
                                      OF COUNSEL