

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WILLIAMS, et al. | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| FACEBOOK, INC., et al. | ) 2:18-CV-00535-RDP |
| Defendants. | ) |

### MOTION FOR ADMISSION PRO HAC VICE
### FOR JOSHUA S. LIPSHUTZ

Pursuant to Local Rule 83.1, the undersigned respectfully moves the Court for an order admitting pro hac vice Joshua S. Lipshutz as counsel for Defendant Facebook, Inc. in this matter. In support of this motion, the undersigned states as follows:

1. Mr. Lipshutz is an attorney in the law firm Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036. Mr. Lipshutz's phone number is 202-955-8217 and e-mail address is jlipshutz@gibsondunn.com.

2. Mr. Lipshutz is a member in good standing of the bars of the District of Columbia, State of California, and Commonwealth of Massachusetts.

3. As shown by his signature below, Mr. Lipshutz certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Alabama or any other state, nor from any United States District Court or Court of Appeals.

4. Mr. Lipshutz is familiar with the Local Rules for the United States District Court for the Northern District of Alabama, the Alabama Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the bar of the United States District Court for the Northern District of Alabama.

04440547.1

5. Carl S. Burkhalter, Mitesh B. Shah, and Evan P. Moltz are members in good standing of the Alabama Bar, are admitted to practice before this Court, and consent to serve as designated local counsel for Facebook in these proceedings. Their office address, telephone number, facsimile number, and e-mail addresses are contained in the signature block below.

6. As required by Local Rule 83.1, payment of the required fee is being submitted to the Clerk of Court for the processing of this Motion for Admission Pro Hac Vice.

WHEREFORE, premises considered, the undersigned respectfully request that the Court enter an Order admitting Mr. Lipshutz as counsel pro hac vice for Defendant Facebook, Inc. in this matter.

        Respectfully submitted,

        /s/ Evan P. Moltz
        Carl S. Burkhalter
        Mitesh B. Shah
        Evan P. Moltz
        Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email: cburkhalter@maynardcooper.com
       mshah@maynardcooper.com
       emoltz@maynardcooper.com

        _____
        Joshua S. Lipshutz
        Attorney for Facebook, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8217
Fax: 202.530.9614
Email: jlipshutz@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this the 21st day of May 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Evan P. Moltz
OF COUNSEL