FILED
2018 May-21 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WILLIAMS, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| FACEBOOK, INC., et al. | ) 2:18-CV-00535-RDP |
| Defendants. | ) |

### MOTION FOR ADMISSION PRO HAC VICE
### FOR ORIN SNYDER

Pursuant to Local Rule 83.1, the undersigned respectfully moves the Court for an order admitting pro hac vice Orin Snyder as counsel for Defendant Facebook, Inc. in this matter. In support of this motion, the undersigned states as follows:

1. Mr. Snyder is an attorney in the law firm Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166. Mr. Snyder's telephone number is 212-351-2400 and his email is osnyder@gibsondunn.com.

2. Mr. Snyder is a member in good standing of the bar of the State of New York.

3. As shown by his signature below, Mr. Snyder certifies that he has never been disbarred and is not currently suspended from the practice of law in the

State of Alabama or any other state, nor from any United States District Court or Court of Appeals.

4.  Mr. Snyder is familiar with the Local Rules for the United States District Court for the Northern District of Alabama, the Alabama Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the bar of the United States District Court for the Northern District of Alabama.

5.  Carl S. Burkhalter, Mitesh B. Shah, and Evan P. Moltz are members in good standing of the Alabama Bar, are admitted to practice before this Court, and consent to serve as designated local counsel for Facebook in these proceedings. Their office address, telephone number, facsimile number, and e-mail addresses are contained in the signature block below.

6.  As required by Local Rule 83.1, payment of the required fee is being submitted to the Clerk of Court for the processing of this Motion for Admission Pro Hac Vice.

WHEREFORE, premises considered, the undersigned respectfully request that the Court enter an Order admitting Mr. Snyder as counsel pro hac vice for Defendant Facebook, Inc. in this matter.

Respectfully submitted,

/s/ Evan P. Moltz
Carl S. Burkhalter
Mitesh B. Shah
Evan P. Moltz
Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email: cburkhalter@maynardcooper.com
       mshah@maynardcooper.com
       emoltz@maynardcooper.com

Orin Snyder
Attorney for Facebook, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Fax: 212.351.4035
Email: osnyder@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this the 2̶1̶s̶t̶ ~~17th~~ day of May 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Evan P. Moltz
OF COUNSEL