FILED
2018 May-21 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE WILLIAMS, et al. </br></br>Plaintiffs, </br></br> v. </br></br> FACEBOOK, INC., et al. </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. </br> 2:18-CV-00535-RDP |

## MOTION FOR ADMISSION PRO HAC VICE FOR KRISTIN A. LINSLEY

Pursuant to Local Rule 83.1, the undersigned respectfully moves the Court for an order admitting pro hac vice Kristin A. Linsley as counsel for Defendant Facebook, Inc. in this matter. In support of this motion, the undersigned states as follows:

1. Ms. Linsley is an attorney in the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, CA 94105. Ms. Linsley's phone number is 415.393.8200 and e-mail address is klinsley@gibsondunn.com.

2. Ms. Linsley is a member in good standing of the bars of the State of California, and State of New York. She is also a member in good standing of the bar of the Commonwealth of Massachusetts, but voluntarily transferred her membership to inactive status in 2009 because she has never practiced law in Massachusetts.

3.  As shown by her signature below, Ms. Linsley certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of Alabama or any other state, nor from any United States District Court or Court of Appeals.

4.  Ms. Linsley is familiar with the Local Rules for the United States District Court for the Northern District of Alabama, the Alabama Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the bar of the United States District Court for the Northern District of Alabama.

5.  Carl S. Burkhalter, Mitesh B. Shah, and Evan P. Moltz are members in good standing of the Alabama Bar, are admitted to practice before this Court, and consent to serve as designated local counsel for Facebook in these proceedings. Their office address, telephone number, facsimile number, and e-mail addresses are contained in the signature block below.

6.  As required by Local Rule 83.1, payment of the required fee is being submitted to the Clerk of Court for the processing of this Motion for Admission Pro Hac Vice.

WHEREFORE, premises considered, the undersigned respectfully request that the Court enter an Order admitting Ms. Linsley as counsel pro hac vice for Defendant Facebook, Inc. in this matter.

Respectfully submitted,

/s/ Evan P. Moltz
Carl S. Burkhalter
Mitesh B. Shah
Evan P. Moltz
Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email: cburkhalter@maynardcooper.com
  mshah@maynardcooper.com
  emoltz@maynardcooper.com

Kristin A. Linsley
Attorney for Facebook, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Fax: 415.393.8306
Email: klinsley@gibsondunn.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this the 17th [21st] day of May 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Evan P. Moltz
OF COUNSEL