

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE WILLIAMS, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**FACEBOOK, INC., et al.** )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO.**<br>**2:18-CV-00535-RDP** |

## SUGGESTION BY DEFENDANT FACEBOOK, INC. OF
## BANKRUPTCY OF DEFENDANT CAMBRIDGE ANALYTICA LLC

Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that the trustee has not yet been assigned.

    Respectfully submitted,

    /s/ Evan P. Moltz
    Carl S. Burkhalter
    Mitesh B. Shah
    Evan P. Moltz
    Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email:  cburkhalter@maynardcooper.com

     mshah@maynardcooper.com
     emoltz@maynardcooper.com

Joshua S. Lipshutz (*application for pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Fax:  202.530.9614
Email:  jlipshutz@gibsondunn.com

Orin Snyder (*application for pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:  212.351.4000
Fax:  212.351.4035
Email: osnyder@gibsondunn.com

Brian M. Lutz (*application for pro hac vice pending*)
Kristin A. Linsley (*application for pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:  415.393.8200
Fax:  415.393.8306
Email: blutz@gibsondunn.com
       klinsley@gibsondunn.com

### CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed on this the 21st day of May 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                               /s/ Evan P. Moltz
                               OF COUNSEL