FILED
2018 May-30 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**CERTIFIED MAIL**

7014 2120 0003 5915 1025



NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, AL 35203



SECURITY
MAY 28 2018
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

05-09-2018  MLNA

Cambridge Analytica, LLC
NIXIE      061   DE 1       0005/15/18
        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD
BC: 35203200099    0060N135184-00671