# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE WILLIAMS, et al.** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FACEBOOK, INC., et al.** ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.** <br> **2:18-CV-00535-RDP** |

## SUPPLEMENT TO MOTION FOR ADMISSION
## PRO HAC VICE FOR ORIN SNYDER

In accordance with the Court's Order (Doc. 17), the undersigned respectfully submits the certificate of good standing for Orin Snyder attached hereto as Exhibit A.

Mr. Snyder certifies, by his signature below, that he has read and understands the CM/ECF requirements for the United States District Court for the Northern District of Alabama found in the Civil Administrative Procedures Manual for CM/ECF and General Order No. 2004-01.

Respectfully submitted,

/s/ Orin Snyder
Orin Snyder
Attorney for Facebook, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:  212.351.4000
Fax:  212.351.4035
Email:  osnyder@gibsondunn.com

                                                       /s/ Evan P. Moltz (with permission)
                                                       Carl S. Burkhalter
                                                       Mitesh B. Shah
                                                       Evan P. Moltz
                                                       Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email:  cburkhalter@maynardcooper.com
         mshah@maynardcooper.com
         emoltz@maynardcooper.com

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed on this the 4th day of June 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                       /s/ Orin Snyder
                                                       OF COUNSEL