FILED
2018 Jun-04  PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## KRISTIN ANDREA LINSLEY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 11, 1989, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 24, 2018

4024

*Susanna Rojas*

Clerk of the Court

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617         TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 22, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KRISTIN ANDREA LINSLEY, #154148 was admitted to the practice of law in this state by the Supreme Court of California on November 20, 1991; that at her request, on April 21, 1998, her name was changed to KRISTIN LINSLEY MYLES on the records of the State Bar of California; that at her request, on June 17, 2016, her name was changed to KRISTIN ANDREA LINSLEY on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records