FILED
2018 Jun-04 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE WILLIAMS, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:18-CV-00535-RDP** |
| **FACEBOOK, INC., et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SUPPLEMENT TO MOTION FOR ADMISSION
## PRO HAC VICE FOR BRIAN M. LUTZ

In accordance with the Court's Order (Doc. 17), the undersigned respectfully submits certificates of good standing for Brian M. Lutz attached hereto as Exhibit A.

Mr. Lutz certifies, by his signature below, that he has read and understands the CM/ECF requirements for the United States District Court for the Northern District of Alabama found in the Civil Administrative Procedures Manual for CM/ECF and General Order No. 2004-01.

Respectfully submitted,

/s/ Brian M. Lutz
Brian M. Lutz
Attorney for Facebook, Inc.

OF COUNSEL:

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:  415.393.8200
Fax:  415.393.8306
Email:  blutz@gibsondunn.com

                                        /s/ Evan P. Moltz (with permission)
                                        Carl S. Burkhalter
                                        Mitesh B. Shah
                                        Evan P. Moltz
                                        Attorneys for Facebook, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
Email:  cburkhalter@maynardcooper.com
        mshah@maynardcooper.com
        emoltz@maynardcooper.com

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed on this the 4th day of June 2018, the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Brian M. Lutz
                                        OF COUNSEL