FILED
2018 Jun-04 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 22, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN MICHAEL LUTZ, #255976 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2008; that from the date of admission to February 2, 2009, he was an ACTIVE member of the State Bar of California; that on February 2, 2009, he transferred at his request to the INACTIVE status; that from that date to January 12, 2012, he was an INACTIVE member of the State Bar of California; that on January 12, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

**Appellate Division of the Supreme Court
of the State of New York
First Judicial Department**

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## BRIAN M. LUTZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **August 7, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 24, 2018**

*[signature]*

Clerk of the Court

4023