STAYED,TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:18–cv–00535–RDP

Williams v. Facebook Inc et al  
Assigned to: Judge R David Proctor  
Cause: 42:1983 Civil Rights Act

Date Filed: 04/04/2018  
Date Terminated: 06/19/2018  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Jackie Williams**  
*on behalf of herself and all others similarly situated*

represented by **J Bradley Ponder**  
MONTGOMERY PONDER, LLC  
2226 1st Avenue South  
Unit 105  
Birmingham, AL 35233  
205–201–0303  
Fax: 205–208–9443  
Email: brad@montgomeryponder.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lucas C Montgomery**  
MONTGOMERY PONDER LLC  
2226 1st Avenue North  
Unit 105  
Birmingham, AL 35233  
201.0303  
Fax: 205.208.9443  
Email: luke@montgomeryponder.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Archibald I Grubb , II**  
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC  
272 Commerce Street  
P O Box 4160  
Montgomery, AL 36103–4160  
334–269–2343  
Fax: 334–954–7555  
Email: archie.grubb@beasleyallen.com  
*ATTORNEY TO BE NOTICED*

**Leslie Lee Ann Pescia**  
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC  
272 Commerce Street  
Montgomery, AL 36104  
334–269–2343  
Fax: 334–954–7555  
Email: leslie.pescia@beasleyallen.com

*ATTORNEY TO BE NOTICED*

**Wilson Daniel Miles , III**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P O Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: dee.miles@beasleyallen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lee Sims**     represented by     **J Bradley Ponder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucas C Montgomery**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archibald I Grubb , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Lee Ann Pescia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wilson Daniel Miles , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook Inc**     represented by     **Carl S Burkhalter**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203–2618
254–1000
Email: cburkhalter@maynardcooper.com
*ATTORNEY TO BE NOTICED*

**Evan P Moltz**
MAYNARD COOPER & GALE PC
1901 6th Avenue North
Birmingham, AL 35023
205–254–1873
Fax: 205–254–1999

Email: emoltz@maynardcooper.com
*ATTORNEY TO BE NOTICED*

**Mitesh B Shah**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203–2618
205–254–1000
Fax: 205–254–1999
Email: mshah@maynardcooper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cambridge Analytica LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2018 | Ï 1 | COMPLAINT against Cambridge Analytica LLC, Facebook Inc, filed by Jackie Williams.(KAM) (Entered: 04/05/2018) |
| 04/05/2018 | Ï | Filing Fee: Filing fee $ 400, receipt_number 1126–3061147. related document 1 COMPLAINT against Cambridge Analytica LLC, Facebook Inc, filed by Jackie Williams.(KAM). (Ponder, J) (Entered: 04/05/2018) |
| 04/23/2018 | Ï 2 | AMENDED COMPLAINT against All Defendants, filed by Jackie Williams.(Ponder, J) (Entered: 04/23/2018) |
| 04/24/2018 | Ï 3 | Request for service by certified mail filed by Jackie Williams. (Ponder, J) (Entered: 04/24/2018) |
| 05/04/2018 | Ï 4 | Summons Issued as to Cambridge Analytica LLC, Facebook Inc. (AFS) (Entered: 05/04/2018) |
| 05/15/2018 | Ï 5 | NOTICE of Appearance by Archibald I Grubb, II on behalf of Jackie Williams (Grubb, Archibald) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 6 | NOTICE of Appearance by Wilson Daniel Miles, III on behalf of Jackie Williams (Miles, Wilson) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 7 | NOTICE of Appearance by Leslie Lee Ann Pescia on behalf of Jackie Williams (Pescia, Leslie) (Entered: 05/15/2018) |
| 05/21/2018 | Ï 8 | NOTICE of Appearance by Mitesh B Shah on behalf of Facebook Inc (Shah, Mitesh) (Entered: 05/21/2018) |
| 05/21/2018 | Ï 9 | NOTICE of Appearance by Carl S Burkhalter on behalf of Facebook Inc (Burkhalter, Carl) (Entered: 05/21/2018) |
| 05/21/2018 | Ï 10 | NOTICE of Appearance by Evan P Moltz on behalf of Facebook Inc (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 | Ï 11 | MOTION for Leave to Appear Pro Hac Vice *for Joshua S. Lipshutz* by Facebook Inc. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 | Ï 12 | MOTION for Leave to Appear Pro Hac Vice *Orin Snyder* by Facebook Inc. (Moltz, Evan) (Entered: 05/21/2018) |

| 05/21/2018 | 13 | MOTION for Leave to Appear Pro Hac Vice *Brian M. Lutz* by Facebook Inc. (Moltz, Evan) (Entered: 05/21/2018) |
|---|---|---|
| 05/21/2018 | 14 | MOTION for Leave to Appear Pro Hac Vice *Kristin A. Linsley* by Facebook Inc. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 | 15 | Joint MOTION to Stay by Facebook Inc. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 | 16 | NOTICE by Facebook Inc *of Cambridge Analytica LLC's Petition for Bankruptcy* (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 |  | PHV Fee paid: $ 50, receipt number 1126–3091887. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 |  | PHV Fee paid: $ 50, receipt number 1126–3091890. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 |  | PHV Fee paid: $ 50, receipt number 1126–3091891. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 |  | PHV Fee paid: $ 50, receipt number 1126–3091892. (Moltz, Evan) (Entered: 05/21/2018) |
| 05/21/2018 | 17 | **TEXT ORDER** This matter is before the court on the Motion for Admission Pro Hac Vice for Joshua S. Lipshutz 11 , Motion for Admission Pro Hac Vice for Orin Snyder 12 , Motion for Admission Pro Hac Vice for Brian M. Lutz 13 , Motion for Admission Pro Hac Vice for Kristin A. Linsley 14 , The Motions [11, 12, 13, 14] are CONDITIONALLY GRANTED. On or before June 4, 2018, Attorneys Lipshutz, Snyder, Lutz, and Linsley SHALL (1) file Certificates of Good Standing and (2) certify to the court that each attorney has read and understands this court's CM/ECF requirements. Failure to submit the above items will result in vacatur of the conditional grant of the Motions. Signed by Judge R David Proctor on 5/21/2018. (KAM) (Entered: 05/21/2018) |
| 05/23/2018 | 18 | **TEXT ORDER** This matter is before the court on the parties' Joint Motion to Stay. 15 . The Motion 15 is GRANTED. This case is STAYED pending the Judicial Panel on Multidistrict Litigation's resolution of the pending motion before it to create an MDL related to this matter. Signed by Judge R David Proctor on 5/23/2018. (KAM) (Entered: 05/23/2018) |
| 05/29/2018 | 19 | Summons Returned Unexecuted by Jackie Williams as to Cambridge Analytica LLC. (KAM, ) (Entered: 05/30/2018) |
| 06/04/2018 | 20 | RESPONSE in Support re 12 MOTION for Leave to Appear Pro Hac Vice *Orin Snyder* filed by Facebook Inc. (Attachments: # 1 Exhibit A)(Snyder, Orin) (Entered: 06/04/2018) |
| 06/04/2018 | 21 | RESPONSE in Support re 11 MOTION for Leave to Appear Pro Hac Vice *for Joshua S. Lipshutz* filed by Facebook Inc. (Attachments: # 1 Exhibit A)(Lipshutz, Joshua) (Entered: 06/04/2018) |
| 06/04/2018 | 22 | RESPONSE in Support re 14 MOTION for Leave to Appear Pro Hac Vice *Kristin A. Linsley* filed by Facebook Inc. (Attachments: # 1 Exhibit A)(Linsley, Kristin) (Entered: 06/04/2018) |
| 06/04/2018 | 23 | RESPONSE in Support re 13 MOTION for Leave to Appear Pro Hac Vice *Brian M. Lutz* filed by Facebook Inc. (Attachments: # 1 Exhibit A)(Lutz, Brian) (Entered: 06/04/2018) |
| 06/19/2018 | 24 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Northern California for inclusion in MDL 2843; record electronically transferred to Clerk of Court in District of Northern California. (KAM) (Entered: 06/19/2018) |